In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00479-CV
NO. 09-16-00034-CV

_____

JEFFERSON COUNTY APPRAISAL DISTRICT, Appellant

V.

GLEN W. MORGAN, TRUSTEE, Appellee

On Appeal from the 172nd District Court
Jefferson County, Texas
Trial Cause No. A-177,646

MEMORANDUM OPINION

On October 25, 2016, we granted the parties' joint motion to abate the appeals and to remand trial cause number A-177,646 to the trial court for rendition of judgment in accordance with the agreement of the parties. *See* Tex. R. App. P. 42.1(a)(2)(C). On November 9, 2016, the appellant, Jefferson County Appraisal District, filed unopposed motions to dismiss its appeals.

1

The appeals are hereby reinstated. Motions to dismiss the appeals are granted and the appeals are dismissed. *See* Tex. R. App. P. 42.1(a)(1).

APPEALS DISMISSED.

                                        _____
                                        STEVE McKEITHEN
                                        Chief Justice

Submitted on December 7, 2016
Opinion Delivered December 8, 2016

Before McKeithen, C.J., Kreger and Johnson, JJ.

2